[No. 18224-6-II. Division Two. March 15, 1996.]

KEITH HERBRAND, ET AL., *Respondents*, v. DONALD
BERGLUND, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 92-2-02153-1, Frederick B. Hayes, J., entered
April 29, 1994. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Seinfeld, C.J., and Morgan, J.

[No. 18415-0-II. Division Two. March 15, 1996.]

CARL SALTS, *Appellant*, v. CLIFF ESTES, ET AL.,
*Respondents*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-2-11568-2, D. Gary Steiner, J., entered June
17, 1994. *Affirmed* by unpublished opinion per Bridgewater, J., concurred in by Seinfeld, C.J., and Turner, J.

[No. 18476-1-II. Division Two. March 15, 1996.]

NORTH PACIFIC INSURANCE COMPANY, *Respondent*, v.
TRUE WOODS, ET AL., *Appellants*.

Appeal from a judgment of the Superior Court for Pierce
County, No. 93-2-02290-1, Nile E. Aubrey, J., entered June
24, 1994. *Affirmed* by unpublished opinion per Armstrong,
J., concurred in by Seinfeld, C.J., and Houghton, J.

[No. 31392-4-I. Division One. March 18, 1996.]

THE STATE OF WASHINGTON, *Respondent*, v. KENNETH
LINGK, *Appellant*.

Appeal from a judgment of the Superior Court for King
County, No. 92-1-00338-1, Arthur E. Piehler, J., entered
September 8, 1992. *Affirmed* by unpublished opinion per
Becker, J., concurred in by Kennedy, A.C.J., and Ellington, J.